Picó & Vives, Peticionarios, *v.* Hutchison, Juez de Distrito, Demandado.

Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Mayagüez en un caso originado en la Corte Municipal de San Germán sobre cobro de dinero.

No. 120.—Resuelto en mayo 22, 1914.

Apelaciones en Casos Originados en las Cortes Municipales—Término Para Apelar a las Cortes de Distrito.—Resuelto este caso por los fundamentos de la opinión emitida en el caso de *certiorari* No. 119, *Delgado et al.* v. *Hutchison, Juez de Distrito,* resuelto en mayo 22, 1914.

Los hechos están expresados en la opinión.
Abogado de los peticionarios: *Sr. Beníto Forés.*
El demandado no compareció.
El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.
Las principales cuestiones planteadas en este caso son sustancialmente iguales a las presentadas en el caso de *certiorari* No. 119, de *Tomás Delgado et al.* v. *Hutchison, Juez de Distrito, resuelto* en el día de hoy, y los razonamientos consignados en la opinión emitida en dicho caso son aplicables a éste, y, por tanto, debe dictarse una resolución declarando con lugar la solicitud de *certiorari* y anulando la orden dictada por la corte inferior el 18 de Abril de 1914.

*Con lugar la solicitud y anulada la orden de abril 18, 1914.*

Jueces concurrentes: Sres. Asociados del Toro y Aldrey.

Los Jueces Sres. Presidente Hernández y Asociado Hutchison no intervinieron en la resolucion de este caso.